Jennifer A. **HERR**, Defendant Below, Appellant,

v.

**STATE of Delaware**, Plaintiff Below, Appellee.

**No. 299, 2015**

Supreme Court of Delaware.

Submitted: November 17, 2015

Decided: January 4, 2016

AFFIRMED.

Booker T. **MARTIN**, Defendant Below, Appellant,

v.

**STATE of Delaware**, Plaintiff Below, Appellee.

**No. 284, 2015**

Supreme Court of Delaware.

Submitted: November 6, 2015

Decided: January 4, 2016

AFFIRMED.